

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 21, 2026

**By ECF**
District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

> Re:    *Tuohy et al. v. New York State Dept. of Tax'n and Fin.*
> No. 24-cv-10070 (KMK)

Dear Judge Karas:

I write in response to the Court's May 18, 2026 order setting a briefing schedule for Defendant New York State Department of Taxation and Finance's ("DTF") forthcoming motion to dismiss Plaintiffs' complaint. The Court ordered that DTF's motion to dismiss shall be submitted by June 20, 2026. I am part of a case opposing a request for preliminary injunction for which papers will be due June 4. *See U.S. v. N.Y.*, 26-cv-3404, ECF 42. I then have a preexisting deadline to submit a motion to dismiss in another case by June 11. *See Dodd v. N.Y.*, 25-cv-3450, ECF 66. I will be out of the country from June 12, 2026, to June 27, 2026, without the ability to access any work product. I therefore respectfully request a forty-five-day extension of time to file DTF's motion to dismiss. This requested extension would result in the following briefing schedule:

- DTF's motion to dismiss shall be submitted on or before August 4, 2026.
- Plaintiffs' response shall be submitted on or before September 1, 2026.
- DTF's reply shall be submitted on or before September 17, 2026.

I called Mr. Tuohy to confer regarding this extension request. Plaintiffs do not consent to this extension request.

DTF thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ Zachary Manley*
ZACHARY MANLEY
Assistant Attorney General
212-416-6690
zachary.manley@ag.ny.gov

Hon. Kenneth M. Karas
May 21, 2026

Page 2 of 2

cc: Plaintiffs *pro se* via first class mail

Sylvester L. Tuohy
138 Twelfth Street
Cresskill, NJ 07626

Yongjie Tuohy
138 Twelfth Street
Cresskill, NJ 07626

The revised briefing schedule related to Defendants' Motion to Dismiss is granted. The Clerk is respectfully directed to mail this document to Plaintiffs.

So Ordered.

5/22/26